BOND RECOMMENDATION: None                                BSA/jam

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court 59 358-018

FID# 9343253

MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                           **WARRANT FOR ARREST**

CRISTIAN OCTAVIAN BARBU                      CASE NUMBER: 6:13-mj- 1525-Gf

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest CRISTIAN OCTAVIAN BARBU and bring him forthwith to the nearest magistrate to answer a

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with knowingly, and with intent to defraud, produce, traffic in, has control or custody of, or possess device-making equipment.

In violation of Title 18, United States Code, Sections 1029(a)(4) and (b)(2).

| The Honorable David A. Baker | **UNITED STATES MAGISTRATE JUDGE** |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| _signature_ | 9/16/2013  Orlando FL |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Orange County Jail

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Charles Johnston, Special Agent | _signature_ |