# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA
-vs-

Case No. 13-1525-01 & 02

CRISTIAN OCTAVIAN BARBU
DOBRA GIGORE MARIN

AUSA: Dan Irick
Defense Atty.: Maria Guzman
Ernest Chang

| JUDGE | David A. Baker<br>United States Magistrate Judge | DATE AND TIME | September 19, 2013<br>4:35-5:10 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| INTERPRETER | Chris Hoble/Romanian | PRETRIAL: | Candice Bunk |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON COMPLAINT
## PRELIMINARY HEARING

**DEFENDANTS WERE TAKEN INTO U.S. CUSTODY TODAY**
Case called, appearances taken
Procedural setting by court
Interpreter placed under oath
Court advises defendants of rights and charges
Defendant Barbu requested court appointed counsel; Court appoints FPD
Defendant Marin requested court appointed counsel; Court appoints CJA counsel Chang
Court advises defendants as to preliminary hearing
Government seeks detention of both defendants
Defendant Barbu waives the issue of detention at this time
Defendant Marin waives the issue of detention at this time
Court to enter orders of detention without prejudice as to both defendants
Court proceeds with preliminary hearing
Secret Service Agent Charles Johnsten sworn and testifies for government
Cross-examination of Agent Johnsten by attorney Guzman
Cross-examination of Agent Johnsten by counsel Chang
Re-direct of Agent Johnsten by government
Government argues probable cause as to both defendants
Defense counsel Guzman has no argument
Defense counsel Chang argues lack of probable cause
Court makes finding of probable cause